## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SCHOOL SPECIALTY, LLC, | ) ) ) ) |
| Plaintiff, | ) Court No. 24-00098 |
| v. | ) ) ) |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) ) ) |

TO:   The Attorney General, the Department of Commerce,
        and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below:

/s/Mario Toscano
Clerk of the Court

1. **Name and Standing of Plaintiff**

Plaintiff School Specialty, LLC is an American educational products manufacturer and U.S. importer of the subject merchandise, and Plaintiff requested the U.S. Department of Commerce scope ruling that is being challenged in this case. As a party to the proceedings from which this case arises, Plaintiff has standing to commence this action pursuant to 28 U.S.C. §2631(c), 19 U.S.C. § 1516a(a)(2)(A)(ii) and 19 U.S.C. § 1516a(d).

2. **Brief Description of Contested Determination**

Plaintiff contests that U.S. Department of Commerce's Final Scope Ruling, *Certain Cased Pencils from the People's Republic of China: Scope Ruling on Products Produced by School Specialty, LLC in the Philippines* (Case No. A-570-827).

3. **Date of Relevant Determination**

The Final Scope Ruling is dated May 6, 2024.

**4. Date of Publication in Federal Register of Notice of Contested Determination**

Not applicable. The U.S. Department of Commerce mailed the Final Scope Ruling to the interested party via certified mail on May 7, 2024.

Respectfully submitted,

/s/Nithya Nagarajan
Nithya Nagarajan
HUSCH BLACKWELL LLP
1801 Pennsylvania Ave., N.W.
Suite 1000
Washington, D.C. 20006
Tel: 202.378.2409
Email: nithya.nagarajan@huschblackwell.com