Form 18A-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 18A

| | |
|---|---|
| Fusong Jinlong Wooden Group Co., Ltd. et al<br>**Plaintiffs,**<br><br>v.<br><br>United States<br>                    **Defendant.** | Consolidated Court No.    19-00144<br><br>and Attached Schedule |

## NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)

PLEASE TAKE NOTICE that **Christopher A. Kimura**, an attorney with **the U.S. Department of Commerce**, who previously entered an appearance on behalf of **defendant United States** in this action is no longer participating in this action. Please remove his CM/ECF access to business proprietary information and assure that he is no longer served with business proprietary information.

Date: 2/6/2025

Christopher A. Kimura
Attorney

U.S. Department of Commerce
Agency

1401 Constitution Ave NW
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-302-2354
Telephone Number

christopher.kimura@trade.gov
E-mail Address

Form 18A-1

Schedule

| | |
|---|---|
| 21-00031 | Z.A. Sea Foods Private Limited et al v. United States |
| 21-00077 | Ellwood City Forge Company et al v. United States |
| 21-00291 | La Molisana, S.p.A. v. United States |
| 21-00292 | Valdigrano Di Flavio Pagani S.r.L. v. United States |
| 22-00063 | Corinth Pipeworks Pipe Industry SA et al v. United States |
| 22-00149 | Kaptan Demir Celik Endustrisi ve Ticaret A.S. v. United States |
| 22-00190 | Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. v. United States |
| 23-00091 | Maquilacero S.A. de C.V. et al v. United States |
| 23-00094 | Perfiles LM, S.A. de C.V. v. United States |
| 23-00259 | Compania Valenciana de Aluminio Baux, S.L.U. et al v. United States |
| 24-00079 | CS Wind Malaysia Sdn. Bhd. et al v. United States |
| 24-00098 | School Specialty, LLC v. United States |