## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SCHOOL SPECIALTY, LLC,<br> *Plaintiff*,<br>v.<br>UNITED STATES,<br> *Defendant*,<br>and<br>DIXON TICONDEROGA COMPANY,<br> *Defendant-Intervenor*. | Ct. No. 24-00098-MMB |

## JUDGMENT

For the reasons stated in the order entered today (ECF 59), the court sustains the Department of Commerce's redetermination (ECF 54-1).

Dated: March 9, 2026   /s/ *M. Miller Baker*
     New York, New York M. Miller Baker, Judge